UNITED STATES *versus* SETH WELLS AND WILLIAM SHOE, ALIAS SHEW.

JOURNAL ENTRIES: (1) Oct. 13, 1824: declaration filed, rule to plead; (2) Sept. 19, 1825: Luther Dorriel, Lewis Wells, and Samuel Buck appeared as witnesses; (3) Sept. 20, 1825: Morris Wells appeared as witness; (4) Sept. 21, 1825: jury impaneled, witnesses sworn, motion by United States attorney for nonsuit granted, attendance of witness proved.

PAPERS IN FILE (1823–25): (1) Precipe for summons; (2) summons and return; (3) declaration; (4) plea of not guilty; (5) precipe for subpoena; (6) subpoena and return.

*File No.* 1 of 1823.

UNITED STATES *versus* SHUBAEL CONANT AND JAMES McCLOSKEY, ADMINISTRATORS, ETC., OF OTIS FISHER, DECEASED.

JOURNAL ENTRIES: (1) Oct. 9, 1822: continued; (2) Oct. 8, 1823: motion for continuance granted; (3) Oct. 16, 1824: continued; (4) Oct. 28, 1826: continued; (5) Dec. 26, 1827: jury trial, verdict, judgment for plaintiff.

PAPERS IN FILE (1822): (1) Precipe for summons; (2) summons and return; (3) affidavit for continuance; (4) declaration, pleas of non assumpsit and plene administravit; (5) agreement for entry of verdict; (6) Treasury transcript.

*File No.* . . . . .

UNITED STATES *versus* TWELVE HEAD CATTLE (TWO LARGE OXEN CLAIMED BY JOSIAH LADD, ONE RED OX CLAIMED BY ROBERT PARKER, ONE BRINDLE STEER CLAIMED BY CHARLES PEETS).

JOURNAL ENTRIES: (1) March 25, 1825: proclamation made, time fixed for trial, notice ordered published; (2) April 9, 1825: claim filed, witnesses sworn, attendance of witnesses proved; (3) April 11, 1825: eight head of cattle not claimed, condemned; sale and notice of sale ordered; recognizances of claimants; (4) April 12, 1825: claim of Josiah Ladd heard, property claimed by Ladd ordered restored, claim of Robert Parker heard, property claimed by Parker ordered restored, claim of Charles Peets heard, property claimed by Peets ordered restored; probable cause for seizure certified; attendance of witness proved; sale of remaining eight head of cattle ordered; (5) April 15, 1825: time for sale enlarged; (6) Dec. 9, 1825: motion to tax fees of United States attorney "in each case of separate and distinct claim" granted.

PAPERS IN FILE (1825): (1) Petition and order for special session; (2) notice to marshal of special session; (3) libel; (4) form of monition for publication; (5) precipe for subpoena; (6) subpoena; (7) published notice and proof of publication; (8) printer's bill; (9) recognizance of Charles Peets; (10) recognizance of Josiah Ladd; (11) recognizance of Robert Parker; (12) testimony and affidavits of Charles Peets and Robert Parker; (13) testimony and affidavits of Charles Peets and Minor Smith; (14) testimony and affidavits of Josiah Ladd and Robert Parker; (15) order by inspector of customs for payment of his costs to Adna Merritt; (16) allowance of account for fuel and candles; (17) memo. of testimony; (18) inspector's bill, allowance, receipts; (19) claim and answer of Charles Peets; (20) claim and answer of Josiah Ladd; (21) claim and answer of Robert Parker; (22) order for notice of special session; (23) order— clerk to marshal to pay inspector's costs to Adna Merritt; (24) account of sale; (25) statement of marshal's costs; (26) account of sale; (27) collector's account, allowance; (28) copy of order of sale; (29) due bill signed by marshal; (30) form of claimant's bond.

*File No.* 6 of 1825.